[DO NO PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 12, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-13158
Non-Argument Calendar

_____

D. C. Docket No. 06-00498-CR-T-23-MAP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HAROLD DE LA CRUZ-GARCIA,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

**(February 12, 2008)**

Before ANDERSON, BARKETT and HULL, Circuit Judges

PER CURIAM:

Ryan Thomas Truskoski, appointed counsel for Harold De La Cruz-Garcia,

in this direct criminal appeal, has moved to withdraw from further representation

of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and De La Cruz-Garcia's conviction and sentence are **AFFIRMED**.